**Order entered October 31, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00642-CV

## BRIDGET PARSON, Appellant

## V.

## BECKY COLE, Appellee

### On Appeal from the County Court at Law No. 2
### Dallas County, Texas
### Trial Court Cause No. CC-1501563-B

## ORDER

It has come to the Court's attention that appellant has filed a petition for bankruptcy in the United States Bankruptcy Court. This automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See* TEX. R. APP. P. 8.3.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE